STEPHEN KROM, RESPONDENT, *v.* JOHN J. LEVY, APPELLANT.

MOTION for a reargument, and for leave to appeal to the Court of Appeals. The court was of opinion that the case was properly decided on the former argument,* and that no principle was involved which the public interests required should be examined by the Court of Appeals.

*N. B. Hoxsie*, for the appellant.

*Coles Morris*, for the respondent.

Opinion by DANIELS, J.

Present — DAVIS, P. J., BRADY and DANIELS, JJ.

Both applications denied, with ten dollars costs.

* See 1 Hun, 171.